ENTERED ON DOCKET
3/29/00 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ALEX MARCANO GARCIA,

    Plaintiff

vs.                                                CIVIL NO. 98-1804 (JP)

ZOE LABOY ALVARADO, et al.,

    Defendants

## PARTIAL JUDGMENT

Pursuant to the Court's Opinion and Order of this same date, the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint against co-defendant Rosanic Delgado Sevilla.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 27 day of March, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)