UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ALEX MARCANO-GARCIA,

    Plaintiff

vs.                                                         CIVIL NO. 98-1804 (JP)

ZOE LABOY ALVARADO, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 11, 2000; April 24, 2000<br>**Docket:** # 41, 42<br>[ ] Plffs  [X] Defts  [ ] Other<br><br>**Title:** Motion to Alter or Amend Judgment; Motion to Deem Order as Complied With | **DENIED.** Co-defendant Rodríguez-Mateo was served in his personal capacity in February 1999. At that time he was on notice that he was being sued in that capacity, and not in his official capacity. Thus, Rodríguez-Mateo **SHALL** file a responsive pleading in his personal capacity on or before **May 4, 2001.** Failure to do so will result in the entry of default against him. |

Date: 4/23/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd: _____    EOD: _____

By: _____    # 43