IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALEX MARCANO GARCIA, | * |
| Plaintiff | * |
| vs. | *   CIVIL NO. 98-1804 (JP) |
| ZOE LABOY ALVARADO, et al., | * |
| Defendants | * |

## FINAL JUDGMENT

The Court has before it Co-Defendant Felix Rodriguez's "Motion to Dismiss" (**docket No. 44**). The Court finds that nowhere does the Complaint allege a cause of action against Rodriguez in his personal capacity and, to the extent it alleges a cause of action against him in his official capacity, he is entitled to sovereign immunity under the Eleventh Amendment. The Court therefore hereby **GRANTS** Co-Defendant Rodriguez's motion to dismiss and **ENTERS JUDGMENT**, **DISMISSING WITH PREJUDICE** the Complaint against Co-Defendant Rodriguez in his personal and official capacity without costs or attorney fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of June, 2004.

S/ Jaime Pieras, Jr.
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE
